IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO C. GARZA,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF TULARE, et al.,<br><br>        Defendant. | No. CV-F-08-437 OWW/GSA<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS FROM JUNE 23, 2008 TO MONDAY, AUGUST 4, 2008 |

    Plaintiff Ricardo C. Garza, proceeding *in pro per*, has filed a Complaint against the City of Tulare and Does 1-50, asserting causes of action for breach of the covenant of good faith and fair dealing and race, age and sex discrimination in employment, and retaliation.

    Defendant City of Tulare filed a motion to dismiss the Complaint. Defendant's motion to dismiss is set for hearing on June 23, 2008.

    Plaintiff has not filed an opposition to the motion to dismiss or a statement of non-opposition within the time required

by Rule 78-230(c), Local Rules of Practice.  Plaintiff is advised that Rule 83-183(a), Local Rules of Practice, provides:

> Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules.  All obligations placed on 'counsel' by these Local Rules apply to individuals appearing in propria persona.  Failure to comply therewith may be ground for dismissal ... or any other sanction appropriate under these Rules.

Plaintiff is ordered to file an opposition to the motion to dismiss or a statement of non-opposition to the motion to dismiss within two weeks following service of this Order.  Failure to timely comply will result in the dismissal of this action for failure to comply with this Order and for failure to prosecute. The hearing on Defendant's motion to dismiss is continued from June 23, 2008 to Monday, August 4, 2008.

IT IS SO ORDERED.

Dated:   **June 12, 2008**　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE