1 Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
2 Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
3 LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
4 5701 N. West Avenue
Fresno, CA 93711

Telephone: (559) 256-7800
Facsimile: (559) 449-4535
E-mail: jmaddox@lcwlegal.com

Attorneys for Defendant
CITY OF TULARE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. RICARDO C. GARZA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TULARE, AND DOES 1 TO 50, INCLUSIVE,<br><br>Defendant. | Case No. 1:08-CV-00437 OWW/GSA<br><br>**ORDER GRANTING DEFENDANT CITY OF TULARE'S MOTION TO DISMISS PLAINTIFF RICARDO GARZA'S FIRST AMENDED COMPLAINT WITH PREJUDICE AND DIRECTION TO CLERK OF THIS COURT TO ENTER JUDGMENT IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF** |

The motion of Defendant City of Tulare to dismiss Plaintiff Ricardo Garza's First Amended Complaint came on for hearing before this Court on March 2, 2009. Shelline K. Bennett with Liebert Cassidy Whitmore appeared on behalf of Defendant. Plaintiff did not appear personally or telephonically at the hearing.

Pursuant to the Court's Memorandum Decision Granting Defendant City of Tulare's Motion to Dismiss Plaintiff's First Amended Complaint With Prejudice (Doc. 22) and Directing Defendant to Lodge Order and Judgment (Document 27, filed 03/06/2009), and after consideration of the pleadings and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant's motion to dismiss is granted, and Plaintiff's

action is dismissed with prejudice. This Court further directs that the Clerk of this Court enter judgment in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Dated: March 19, 2009              /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5701 N. West Avenue
Fresno, CA 93711

1:08-CV-00437 OWW/GSA